AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 29 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

United States of America
v.
Ernest Louis Hairston

Case No: 4:06CR00037-001
USM No: 12424-084

Date of Previous Judgment: March 26, 2007
(Use Date of Last Amended Judgment if Applicable)

Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The defendant is ineligible for a reduction in sentence because the offense level and custody range were produced by the career offender guideline, which is unaffected by the amendment.

Except as provided above, all provisions of the judgment dated __3/26/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7-29-08

Judge's signature

Effective Date: _____
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title