CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 12 2019

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ERNEST LOUIS HAIRSTON | ) | Case No: 4:06-cr-00037 |
| | ) | USM No: 12424-084 |
| Date of Previous Judgment: _____ 03/26/2007 | ) | Randy V. Cargill |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___200___ months **is reduced to** ___160 months*___ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 31 | Amended Offense Level: 29 | |
| Criminal History Category: VI | Criminal History Category: VI | |
| Previous Guideline Range: 188 to 235 months | Amended Guideline Range: 151 to 188 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

*Defendant is sentenced to 160 months or time served, whichever is greater.

Except as provided above, all provisions of the judgment dated ___03/26/2007___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: ___02/12/2019___

_Jackson L. Kiser_
Judge's signature

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title